UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC - 1265

Index #: 08 CV 0263

DISTRICT 6 HEALTH PLAN AND ITS TRUSTEES

Plaintiff(s)

- against -

Date Filed:

WEBER MANAGEMENT D/B/A SADELITE AGENCY MS, INC. ETC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 6, 2008 at 02:00 PM at

129 SOUTH 8TH STREET
BROOKLYN, NY 11211

deponent served the within true copy of the SUMMONS & COMPLAINT on WEBER MANAGEMENT D/B/A SADELITE AGENCY MS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. GULI STONE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 27 | 5'6 | 170 |

Sworn to me on: February 7, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

CECIL HOLLOWAY
License #: 1104105
Docket #: 536525