UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DISTRICT 6 HEALTH FUND and its TRUSTEES,

Plaintiffs,

-against-

WEBER MANAGEMENT d/b/a SADELITE AGENCY
MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER
MANAGEMENTPAYROLL INC. a/k/a SADELITE
AGENCY/MS INC.,

Defendants.
_____

08 CV 0263

DEFENDANT'S
REQUEST FOR
ENLARGEMENT
OT TIME

### DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, WEBER MANAGEMENT d/b/a SADELITE AGENCY MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER MANAGEMENT PAYROLL INC. a/k/a SADELITE AGENCY/MS INC., by its undersigned counsel, and pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure, requests the Court to enter an order enlarging, to and including March 25, 2008, the time to respond to the Plaintiff's complaint. In support of this request,[1] Defendant represents as follows:

1. That the response of the Defendant to the Plaintiff's complaint is due on February 26, 2008.

2. That the defendant needs additional time to investigate and respond to the claims contained in the complaint.

---

[1] The defendant seeks this adjournment and enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure "before the expiration of the period originally prescribed *or as extended by previous order."* That Rule provides that an enlargement may be sought under such circumstances "*with or without motion or notice*," i.e., by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period*,"" may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only "*upon motion*." Thus, this request is properly distinguished from a motion.

3. That the attorneys for the parties have entered into a stipulation to enlarge the defendant's time to answer or otherwise respond to the complaint to and including March 25, 2008 subject to the approval of the Court. A copy of the said stipulation was filed with the Orders and Judgments Section.

4. Attached hereto as Exhibit A is a proposed order enlarging the Defendant's time to respond to the complaint.

BEILIS & POLS, P.C.
Attorneys for the Defendant

By: _____s_____
    Donald Jay Pols (DP-5578)
213 West 35th Street
Suite 800
New York NY 10001
(212)490-2700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
DISTRICT 6 HEALTH FUND and its TRUSTEES,

Plaintiffs,                                                       08 CV 0263

        -against-

WEBER MANAGEMENT d/b/a SADELITE AGENCY
MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER
MANAGEMENTPAYROLL INC. a/k/a SADELITE
AGENCY/MS INC.,

Defendants.
_____

**ORDER**

The Defendant having requested an enlargement of time in which to serve a response to the Plaintiff's complaint until March 25, 2008, and good cause having been shown,

IT IS THEREFORE ORDERED THAT the Defendant's response is to be served by March 25, 2008.

Dated: _____                                        _____
                                                                                Hon. Robert W. Sweet
                                                                                United States District Judge
                                                                                Southern District of New York