CERTIFICATE OF SERVICE

I certify that service of the foregoing **DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**, has, this 25th day of February, 2008, been made on plaintiff by mailing a copy thereof, in a postage paid envelope, to the following:

>Barnes, Iaccarino, Virginia
>Ambinder & Shepard, PLLC
>111 Broadway
>Suite 1403
>New York, NY 10006
>Att: Charles Virginia, Esq.

>BEILIS & POLS, PC
>Attorneys for Defendants
>213 west 35th St. Ste. 800
>New York, N.Y. 10001
>(212) 490-2700


>By:    ____s_____
>Donald Jay Pols (DP 5578)