

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT 6 HEALTH FUND and its TRUSTEES,

Plaintiffs,

-against-

WEBER MANAGEMENT d/b/a SADELITE AGENCY
MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER
MANAGEMENT PAYROLL INC. a/k/a SADELITE
AGENCY/MS INC.,

Defendants.

08 CV 0263 RWS

STIPULATION TO
EXTEND TIME TO
ANSWER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

---

IT IS HEREBY STIPULATED by and between counsel for the parties in the above entitled action that the time for the Defendants to answer or otherwise respond to the Complaint in the above entitled action is extended from February 26, 2008 to and including March 25, 2008.

| | |
|---|---|
| Beilis & Pols, P.C.<br>Attorneys for Defendants<br><br>By: _Donald Jay Pols_<br>Donald Jay Pols<br>213 West 35th Street<br>Suite 800<br>New York, NY 10001<br>(212)490-2700 | Barnes, Iaccarino, Virginia<br>Ambinder & Shepard, PLLC<br>Attorneys for Plaintiffs<br><br>By: _Charles Virginia_<br>Charles Virginia<br>111 Broadway<br>Suite 1403<br>New York, NY 10006<br>(212) 943-9080 |

Dated: New York, New York
      February 21, 2008

SO ORDERED:  _Miriam Goldman Cedarbaum_
             United States District Judge
             Part I
             March 3, 2008