UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT 6 HEALTH PLAN and its TRUSTEES<br><br>Plaintiffs,<br><br>-against-<br><br>WEBER MANAGEMENT d/b/a SADELITE AGENCY MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER MANAGEMENT PAYROLL INC. a/k/a SADELITE AGENCY/MS INC.,<br><br>Defendant. | CIVIL ACTION NUMBER:<br>08 CV 0263 (RWS)<br><br><br><u>**CIVIL RULE 7.1 STATEMENT**</u> |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANT WEBER MANAGEMENT d/b/a SADELITE AGENCY MS, INC. a/k/a WEBER MANAGEMENT INC. a/k/a WEBER MANAGEMENT PAYROLL INC. a/k/a SADELITE AGENCY/MS INC. (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

    None

                                          PECKAR & ABRAMSON, P.C.
                                          Attorneys for Defendant
                                          41 Madison Avenue, 20th Floor
                                          New York, New York 10010
                                          (212) 382-0909

Dated: New York, New York      By: _____
         March 20, 2008                    AARON C. SCHLESINGER (AS-8744)

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

259842.01/03/14/08

**CERTIFICATION OF SERVICE**

    I hereby certify that on March 20, 2008, I served the within Civil Rule 7.1 Statement via federal express overnight mail upon:

Charles R. Virginia, Esq.
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
Attorneys for Plaintiffs
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006

                                                           _____
                                                           AARON C. SCHLESINGER

Dated: New York, New York
         March 20, 2007

LAW OFFICES

**Peckar & Abramson**
A Professional Corporation