## Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law



70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

**Aaron C. Schlesinger**
*Partner*

Direct Dial: (201) 441-4996
E-Mail Address: aschlesinger@pecklaw.com

New York
San Francisco
Los Angeles
Orange County
Miami
Fort Lauderdale
Orlando
Washington, D.C.
Chicago
London

www.pecklaw.com

**Via Facsimile (212) 805-7925 and
Regular Mail**

May 1, 2008

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1920
New York, New York 10007

RE:  District 6 Health Plan v. Weber Management
     Civil Action No. 08 CV 0263 (RWS)
     Our File No. 5334/154980

Dear Judge Sweet:

This firm is counsel to Defendant in the above referenced matter. This letter is jointly submitted by the parties to request a thirty (30) day adjournment of the pre-trial conference scheduled for May 7, 2008 at 4:30 p.m. The reason for this request is twofold. First, my wife is scheduled to have foot surgery on the date of the conference. Second, Plaintiffs' counsel is currently on trial in another matter and is therefore unable to attend the conference.

This is a first request for an adjournment and no further requests are anticipated at this time.

Respectfully submitted,

AARON C. SCHLESINGER
ACS:fac
cc: Marc A. Tenenbaum, Esq. (via facsimile and regular mail)
    Donald Jay Pols, Esq. (via facsimile)

*So ordered
Sweet
USDJ
5-6-08*

263958.01/05/01/08