UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

------------------------------------------------------------

District 6 Health Plan

08 Civ. 263 (RWS)

-v.-

Weber Management

------------------------------------------------------------X

Please be advised that the conference scheduled

for   5/7/08   has been rescheduled to

9/10/08   at   4.3spm   in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York,  New York

5/6/08

ROBERT W. SWEET
United States District Judge